UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN SCOTT VARNER,

        Plaintiff,                        Case No. 1:14-cv-999

v.                                            Honorable Paul L. Maloney

STERLING R. SCHROCK et al.,

        Defendants.
_____/

**ORDER FOR PARTIAL DISMISSAL
and PARTIAL SERVICE**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action against Judge Schrock and Clerk Tyler be DISMISSED WITH PREJUDICE based on immunity pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

IT IS FURTHER ORDERED that the Clerk shall forward the complaint to the U.S. Marshals Service, which is authorized to mail a request for waiver of service to Sheriff Bailey in the manner prescribed by Fed. R. Civ. P. 4(d)(2).  If waiver of service is unsuccessful, summons shall issue and be forwarded to the U.S. Marshals Service for service under 28 U.S.C. § 1915(d).

IT IS FURTHER ORDERED that Sheriff Bailey shall file an appearance of counsel (individual defendants may appear pro se if they do not have counsel) within 21 days of service or, in the case of a waiver of service, 60 days after the waiver of service was sent.  Until so ordered by the Court, no defendant is required to file an answer or motion in response to the complaint, and no default will be entered for failure to do so.  See 42 U.S.C. § 1997e(g)(1).  After a defendant has filed

an appearance, proceedings in this case will be governed by the Court's Standard Case Management Order in a Prisoner Civil Rights Case.


Dated:   October 24, 2014              /s/ Paul L. Maloney
                                       Paul L. Maloney
                                       Chief United States District Judge