UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN SCOTT VARNER, # 947347,         )<br>          Plaintiff,                                    )<br>                                                            )<br>-v-                                                       )<br>                                                            )<br>L. PAUL BAILEY,                                )<br>          Defendant.                               )<br>_____) | No. 1:14-cv-999<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having granted Defendant Bailey's motion for summary judgment, all pending claims have been resolved. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   September 9, 2015                                              /s/ Paul L. Maloney
                                                                                         Paul L. Maloney
                                                                                         United States District Judge